UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| EDDIE LAMONT GLASPY | ) | CASE NO. | 17-11621 |
| | ) | CHAPTER | 13 |
| | ) | | |
| Debtor(s) | ) | | |

## ORDER DISMISSING CASE

The filing fee in this case has not been paid as required by the court's order of August 22, 2017.

IT IS THEREFORE ORDERED that this case is **DISMISSED**. Debtor(s) shall not be eligible for further relief under any chapter of title 11 until such time as all fees due the clerk of this court on account of this case have been paid in full. Furthermore, in any future case debtor(s) may file, all filing fees must be paid <u>in full upon filing</u> the case and the debtor(s) shall not ask to waive those fees or to pay them in installments.

**Any wage deduction order which may be in force is hereby terminated, effective with the date of this order.**

Notwithstanding dismissal of this case, the unpaid filing fee continues to be an indebtedness due and owing to the United States.

The Clerk shall serve a copy of this order on all creditors and parties in interest.

Dated:  September 13, 2017

                                               */s/ Robert E. Grant*
                                        Chief Judge, United States Bankruptcy Court